```
                                                    FILED
                                              U.S. DISTRICT OF WYOMING
                                                  DISTRICT COURT

                                                  DEC 1 8 2007

                                              U.S. MAGISTRATE JUDGE
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF WYOMING
## YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>vs.<br><br>JASON PAUL PEDERSON,<br>                    Defendant. | **JUDGMENT IN A CRIMINAL CASE**<br>07-M-194<br><br>CASE NUMBER:  2:07M2470-001<br><br>JAMI REBSOM<br>Defendant's Attorney |

**THE DEFENDANT:**   pleaded guilty to count  3 .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. §662<br>**CLASS A MISDEMEANOR** | Possession of stolen property | 08/30/2007 | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment.

Counts 1 and 2 are dismissed on the motion of the United States:

| | | | |
|---|---|---|---|
| 18 U.S.C. §1343<br>**FELONY** | Wire fraud, to wit:  use stolen credit card to make a purchase via internet | 08/30/2007 | 1 |
| 15 U.S.C. §1644(a)<br>**FELONY** | Use stolen credit card | 08/30/2007 | 2 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district 10 days prior to any change of residence or mailing address until all fines, donation-restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

December 18, 2007
Date of Imposition of Sentence

_/s/ Stephen E. Cole_
Stephen E. Cole
U.S. Magistrate Judge

December 18, 2007
Date

DEFENDANT:  JASON PAUL PEDERSON                                Judgment-Page 2 of 4
CASE NUMBER:  2:07M2470-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FORTY-FOUR (44) DAYS.

The Court makes the following recommendations to the Bureau of Prisons:

> The defendant is sentenced to sixty (60) days incarceration and given credit for sixteen (16) days time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____

_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

DEFENDANT:  JASON PAUL PEDERSON  
CASE NUMBER:  2:07M2470-001

Judgment-Page 3 of 4

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of FIVE (5) YEARS.

While on probation, the defendant shall not commit any federal, state, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance. Revocation of probation is mandatory for possession of a controlled substance.

The defendant shall make special assessment, donation-restitution and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with the following additional condition:

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of FIVE (5) YEARS.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Count | Assessment | Processing Fee | Donation-Restitution | Fine |
|---|---|---|---|---|
| 1 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | $0.00 | | $0.00 | $0.00 |
| 3 | $25.00 | | $0.00 | $1,000.00 |
| Totals: | $25.00 | $0.00 | $0.00 | $1,000.00 |

DEFENDANT:  JASON PAUL PEDERSON  
CASE NUMBER:  2:07M2470-001

Judgment-Page 4 of 4

## FINE AND/OR DONATION-RESTITUTION

The fine and/or donation-restitution includes any costs of incarceration and/or supervision. The fine is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or donation-restitution of more than $2,500, unless the fine and/or donation-restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

> The interest and penalties not be applied to fine and/or donation-restitution.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) processing fee; (3) donation-restitution; (4) fine principal; (5) cost of prosecution; (6) interest; (7) penalties.

The total fine and other monetary penalties shall be due as follows:

> In full not later than **September 1, 2008** payable to **Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2141, Cheyenne, WY 82001**.